THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY | CIVIL ACTION<br><br>No. 2:15-cv-00575 |
| vs. | |
| DARREN S. LUGIANO, D.C., WOODLAND AVENUE MEDICAL CENTER, P.C., DTL ENTERPRISES, P.C. d/b/a SOUTH PHILADELPHIA PAIN CENTER, BUTLER STREET MEDICAL CENTER, P.C. and LEBANON AVENUE MEDICAL CENTER, P.C. | JURY TRIAL DEMANDED |

## STIPULATION FOR INCREASE OF LIMITATION

IT IS HEREBY STIPULATED by and between the attorneys for Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company and the attorney for Defendants, Woodland Avenue Medical Center, P.C., Butler Street Medical Center, P.C., Darren S. Lugiano, D.C., Lebanon Avenue Medical Center, P.C. and DTL Enterprises, P.C. that the page length limitation for the filing of Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 12 in response to Defendant's Counterclaim may be increased to ~~40~~ 30 pages.

BY: _____
ANDREW BARATTA, ESQUIRE
Baratta, Russell & Baratta
The Loft at Woodmont
3500 Reading Way
Huntingdon Valley, PA 19006
Attorney for Defendants

BY: _____
RICHARD M. CASTAGNA, ESQUIRE
Goldberg, Miller & Rubin, P.C.
121 S. Broad Street, Suite 1600
Philadelphia, PA 19107
Attorney for Plaintiffs

BY: _____
The Honorable L. Felipe Restrepo