IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| DARREN S. LUGIANO, et al. | : | NO. 15-0575 |

## **ORDER**

    AND NOW, this 10th day of December 2015, upon consideration of Plaintiff's motion for leave to amend the complaint (Doc. 52), Defendants' response (Doc. 53), Plaintiff's reply (Doc. 54), and Defendants' sur-reply (Doc. 59), IT IS HEREBY ORDERED that the motion is DENIED.

                                            BY THE COURT:

                                            /s/ELIZABETH T. HEY
                                            _____
                                            ELIZABETH T. HEY, U.S.M.J.